# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK OF COURT**

| | |
|---|---|
| Telephone: | Area Code 804 |
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

July 6, 2011

Leonard A. Bennett, Esquire
Susan M. Rotkis, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia  23606

      Re:    <u>Lynda Adell v. Equifax Information Services, LLC, et al.
              Civil Action No.  3:11CV00336-HEH</u>

Dear Mr. Bennett and Ms. Rotkis:

      The above-noted case is currently pending before United States District Judge Henry E. Hudson.  Court records indicate that service has been made upon both of the defendants in this matter, Equifax Information Services, LLC and Wyndham Vacation Ownership, Inc.  No answer or other responsive pleadings have been filed.

      It is requested that appropriate steps be taken to proceed with this case on Judge Hudson's docket.

      Thank you for your cooperation.

                        Very truly yours,

                        FERNANDO GALINDO, CLERK

                        By:       /s/
                               R.W. Pizzini, Deputy Clerk