IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LYNDA ADELL,

      Plaintiff

v.                                CIVIL ACTION NO. 3:11cv00336-HEH

EQUIFAX INFORMATION SERVICES, LLC., et al

      Defendant

NOTICE OF VOLUNTARY DISMISSAL

      COMES NOW the Plaintiff, LYNDA ADELL, by counsel, pursuant to F.R.C.P. 41(a)(1) and hereby files this Notice of Voluntary Dismissal as to Defendant, EQUIFAX INFORMATION SERVICES, LLC., as Defendant has not filed or served an Answer or Motion for Summary Judgment in this action.

                                  LYNDA ADELL,

                                  _____/s/_____
                                  LEONARD A. BENNETT, Esq.
                                  VSB #37523
                                  Consumer Litigation Associates, P.C.
                                  12515 Warwick Boulevard, Suite 100
                                  Newport News, VA 23606
                                  (757) 930-3660
                                  (757) 930-3662 facsimile
                                  lenbennett@clalegal.com