IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LYNDA ADELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV336–HEH |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, and | ) |
| WYNDHAM VACATION OWNERSHIP, INC., | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Voluntary Dismissal filed by Plaintiff and pursuant to Federal Rule of Civil Procedure 41(a)(1). It appearing to this Court that all matters of controversy have been fully resolved and compromised as to Defendant Wyndham Vacation Ownership, Inc., it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Oct. 24, 2011
Richmond, VA